## 26614. TEASLEY *v.* RICHARDS.

FELTON, J. In an action for damages for injuries to person and property, where the defendant files a counter-suit, and the evidence as to whose negligence caused the injury is conflicting, it is a matter for the jury to decide as to whose negligence caused the injury. The jury decided against the defendant. The verdict, being supported by the evidence and having the approval of the trial judge, will not be disturbed.

*Judgment affirmed.* *Stephens, P. J., and Sutton, J., concur.*

DECIDED FEBRUARY 17, 1938.

*D. W. Mitchell,* for plaintiff in error.
*R. Carter Pittman,* contra.